IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VERMONT MUTUAL INSURANCE COMPANY :
a/s/o Paul and Amy Larrat : C. A. No.: 04-315T
89 State Street
Montpelier, Vermont 05601-0188 :

VS. :

P & J ALARM COMPANY
32 Old Raccoon Hill Road
West Greenwich, RI 02817

FILED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MOTION TO STAY

The Defendant respectfully requests that this Honorable Court enter an Order staying all proceedings on the within action up to and including June 20, 2005. In support thereof, defense counsel for medical reasons is unavailable to appear in court up to and including June 20, 2005. The Defendant respectfully requests that all matters on this within action be stayed until that time.

DENIED. Defense counsel's time to file a response to plaintiff's objection to defendant's motion for summary judgment, which is due on June 2, 2005, is extended until June 24, 2005.

Ernest C. Torres, Chief Judge
June 7, 2005

DEFENDANT
P & J ALARM COMPANY
By its Attorney,

JOHN T. MADDEN #0320
CRAIG A. JOHNS #3966
Law Office of John T. Madden
475 Kilvert St., Suite 125
Warwick, RI 02886
(401) 732-0165
(401) 732-0943 FAX

CERTIFICATION

I hereby certify that I mailed a copy of the within to Marco P. Uriati, Esquire, Ten Weybosset Street – 8th floor, Providence, RI 02903 Robert Caplan, Esquire, 1900 Market St., Philadelphia, PA 19103 on this 24 day of May, 2005.