UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Marco Viriati

RE: CA 04-315 T

Vermont Mutual v. P&J Alan

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 6 / 3 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

X 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

X 8. Document violates Amended General Order 2002-01.

_____ 9. Other:_____

ENTER: [signature]

United States Magistrate Judge

Date: 6/3/05

cc: Counsel of Record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VERMONT MUTUAL INSURANCE COMPANY** a/s/o Paul and Amey Larrat, Plaintiff | : | C. A. No.: 04-315T |
| v. | : | |
| **P & J ALARM COMPANY**, Defendant | : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Vermont Mutual Insurance Company, as subrogee of Paul and Amey Larrat, through their undersigned counsel, hereby answer and oppose defendant P&J Alarm Company's Motion for Summary Judgment, and, on the basis of the facts and authorities set forth in the accompanying Memorandum of Law, plaintiff respectfully requests this Honorable Court to deny defendant's Motion.

Respectfully submitted,

ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY: ______________________________

Marco Uriati, Esquire
Ten Weybosset Street – 8th Floor
Providence, RI 02903
Tel.: 401-521-7000
Fax: 401-521-1328

COZEN O'CONNOR

BY: Robert Caplan

Robert M. Caplan, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-4191
Fax: 215-701-2491

Dated: June 3, 2005