**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VERMONT MUTUAL INSURANCE COMPANY**<br>a/s/o Paul and Amy Larrat<br>89 State Street<br>Montpelier, Vermont 05601-0188<br>Plaintiff<br><br>v.<br><br>**P & J ALARM COMPANY**<br>32 Old Raccoon Hill Road<br>West Greenwich, RI 02817<br>Defendant | : | **CIVIL ACTION NO: 04-315 T** |

**PLAINTIFF'S MOTION TO FILE IN EXCESS OF TWENTY PAGES IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Vermont Mutual Insurance Company, hereby moves for permission from this Honorable Court to attach in excess of 20 pages of exhibits to Plaintiff's memorandum of law in opposition to Defendant's for summary judgment Plaintiff seeks to file approximately 60 pages of exhibits.

Plaintiff asserts that there is good cause for this motion as its opposition involves complex issues and facts, which require the support of deposition transcripts, reports, pertinent regulations, and other relevant documents. Plaintiff suggests that its filing in excess of the 20-page limit is not onerous, substantially complies with Amended General Order # 2002-01, and accordingly should be granted.