FILED

JUN 0 9 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VERMONT MUTUAL INSURANCE COMPANY**<br>a/s/o Paul and Amy Larrat<br>89 State Street<br>Montpelier, Vermont 05601-0188<br>Plaintiff | : | **CIVIL ACTION NO: 04-315 T** |
| v. | : | |
| **P & J ALARM COMPANY**<br>32 Old Raccoon Hill Road<br>West Greenwich, RI 02817<br>Defendant | : | |

**PLAINTIFF'S MOTION TO FILE IN EXCESS OF TWENTY PAGES IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Vermont Mutual Insurance Company, hereby moves for permission from this Honorable Court to attach in excess of 20 pages of exhibits to Plaintiff's memorandum of law in opposition to Defendant's for summary judgment Plaintiff seeks to file approximately 60 pages of exhibits.

Plaintiff asserts that there is good cause for this motion as its opposition involves complex issues and facts, which require the support of deposition transcripts, reports, pertinent regulations, and other relevant documents. Plaintiff suggests that its filing in excess of the 20-page limit is not onerous, substantially complies with Amended General Order # 2002-01, and accordingly should be granted.

VERMONT MUTUAL INSURANCE COMPANY a/s/o Paul and Amy Larrat

By its attorney,

MARCO P. URIATI #5561
ROBERTS, CARROLL, FELDSTEIN & PEIRCE
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 (o); 401-521-1328 (fx)

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 9th day of June, 2005:

Craig Johns, Esquire
Law Office of John T. Madden
475 Kilvert St., Suite 125
Warwick, RI 02886

Karen A. Galvez

DENIED

Ernest C. Torres
Chief, US District Judge
6/14/05