**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **VERMONT MUTUAL INSURANCE COMPANY** a/s/o Paul and Amey Larrat, Plaintiff | : | C. A. No.: 04-315T |
| v. | : | |
| **P & J ALARM COMPANY**, Defendant | : | |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IN DISPUTE**

Pursuant to Local Rule 12.1(a)(2), plaintiff, Vermont Mutual Insurance Company, as subrogee of Paul and Amey Larrat, through its undersigned counsel, hereby states that the following material facts are in dispute:

1. Whether P&J was grossly negligent in performing its installation, service and monitoring of the alarm system at the Larrat's property.

2. Whether P&J made material misrepresentations to the Larrats regarding its certification and licensing to install and monitor alarm systems.

3. Whether P&J made material misrepresentations to the Larrats regarding the training, certification and licensing of its installers.

4. Whether P&J had the capacity to enter into installation and monitoring agreements with the Larrats.

5. Whether the installation and monitoring agreements between P&J and the Larrats are void.

Respectfully submitted,

ROBERTS, CARROLL, FELDSTEIN & PEIRCE

BY:____________________________

Marco Uriati, Esquire
Ten Weybosset Street – 8th Floor
Providence, RI 02903
Tel.: 401-521-7000
Fax: 401-521-1328

COZEN O'CONNOR

BY:____________________________

Robert M. Caplan, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel: 215-665-4191
Fax: 215-701-2491

Dated: June 28, 2005