IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

VERMONT MUTUAL INSURANCE COMPANY :
a/s/o Paul and Amy Larrat : C. A. No.: 04-315T
89 State Street
Montpelier, Vermont 05601-0188 :
:
VS. :
P & J ALARM COMPANY :
32 Old Raccoon Hill Road :
West Greenwich, RI 02817 :

RECEIVED
SEP 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DISMISSAL STIPULATION

In the above-entitled matter, it is agreed that the following entry be made: the plaintiff's within action is hereby dismissed, with prejudice; no interest, no costs.

MARCO R. URIATI, #5561
Attorney for Plaintiffs
Ten Weybosset Street – 8th floor
Providence, RI 02903

ROBERT CAPLAN
Attorney for Plaintiffs
1900 Market St.,
Philadelphia, PA 19103

CRAIG A. JOHNS #3966
Attorney for Defendant
475 Kilvert Street, Suite 125
Warwick, RI 02886
(401) 732-0165
(401) 732-0943 Fax

Dated: 9-15-05

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 9/19/05